S. LANE TUCKER
United States Attorney

CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: christopher.schroeder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ODARIOUS CONTELLES SHAW and CORRION TERRELL JAMES,<br><br>Defendants. | No. 3:23-cr-00061-SLG-KFR<br><br>COUNT 1:<br>CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES<br>  Vio. of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A) and (C)<br><br>COUNT 2:<br>POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE<br>  Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(A) and (C) |

**INDICTMENT**

    The Grand Jury charges that:

## COUNT 1

Beginning no later than on or about February 6, 2023, the exact date being unknown to the Grand Jury, and continuing through on or about June 26, 2023, within the District of Alaska and elsewhere, the defendants, ODARIOUS CONTELLES SHAW and CORRION TERRELL JAMES, did knowingly and intentionally combine, conspire, confederate, and agree with others, known and unknown to the Grand Jury, to distribute and possess with the intent to distribute controlled substances, to wit: 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl).

All of which is in violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A) as to ODARIOUS CONTELLES SHAW and 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(C) as to CORRION TERRELL JAMES.

## COUNT 2

On or about June 25, 2023, within the District of Alaska, the defendants, ODARIOUS CONTELLES SHAW and CORRION TERRELL JAMES, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl).

All of which is in violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A) as to ODARIOUS CONTELLES SHAW and 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(C) as to CORRION TERRELL JAMES.

A TRUE BILL.

s/ Grand Jury Foreperson<br>GRAND JURY FOREPERSON

s/ Ainsley McNerney for
CHRISTOPHER D. SCHROEDER
Assistant United States Attorney
United States of America


s/ Kate Vogel for
S. LANE TUCKER
United States Attorney
United States of America


DATE:    7/18/2023