# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

## RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. CORRION TERRELL JAMES

CASE NO: 3:23-cr-00061-02-SLG-KFR

---

Defendant CORRION TERRELL JAMES,

has this date met the bail conditions indicated below and is ordered discharged from custody.

☐ Released to _____, the third party custodian(s).

☐ Paid cash bail in the amount of $ _____

☐ Posted unsecured bond in the amount of $ _____

☐ Posted bond secured by ☐ property or ☐ Surety in the amount of $ _____
with the Clerk of Court

☐ Surrendered passport to the U.S. Probation and Pretrial Services Office

☒ Other <u>Defendant may be released on his own recognizance on Tuesday August 8, 2023 after processing and he is directed to go immediately to the U.S. Federal Probation Office At 222 W. 7th Avenue.</u>

DATED at **Anchorage**, Alaska, this **8th** day of **August, 2023**.

_____
Matthew M. Scoble
United States Chief Magistrate Judge

Original & 1 cy to U.S. Marshal